IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RAY A. MILES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:06CV00829 SWW |
| | * | |
| VETERANS ADMINISTRATION POLICE, | * | |
| | * | |
| | * | |
| Defendant. | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, IT IS CONSIDERED ORDERED AND ADJUDGED that plaintiff's complaint be and is hereby dismissed.

DATED this 21st day of November 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE